Henry Goldman, Appellant, v. George A. Carden, Respondent, Impleaded

with ROVA RADIO CORPORATION, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.